```
 1 | LAWRENCE G. BROWN
   | Acting United States Attorney
 2 | SUSAN PHAN
   | Assistant U.S. Attorney
 3 | Suite 4401, Federal Courthouse
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4030
 5 |
 6 |
 7 |
 8 |            IN THE UNITED STATES DISTRICT COURT FOR THE
 9 |                   EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,   )   1:09-cr-00119 LJO
   |                             )
12 |           Plaintiff,        )   STIPULATION AND ORDER
   |                             )   CONTINUING STATUS CONFERENCE
13 |     v.                      )   FROM July 17, 2009, TO July
   |                             )   31, 2009.
14 | ALFONSO ANORVE-VERDUZCO,    )
   |                             )
15 |                             )
   |                             )
16 |           Defendant.        )
   |                             )
17 |
18 |      The United States of America, by and through Lawrence G.
19 | Brown, Acting United States Attorney for the Eastern District of
20 | California, Susan Phan, Assistant U.S. Attorney, and defendant,
21 | Alfonso Anorve-Verduzco, by and through his counsel, Assistant
22 | Federal Defender Marc Days, hereby STIPULATE and AGREE that the
23 | status conference, currently scheduled for July 17, 2009, at 9:00
24 | a.m., be continued to July 31, 2009, at 9:00 a.m., because the
25 | attorney for the government will be out of town for oral arguments
26 | before the Ninth Circuit. The government and defendant further
27 | stipulate and agree that time shall be excluded under the Speedy
28 | Trial Act through July 31st.
```

```
DATED: July 10, 2009                  Respectfully submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

                                   By /s/Susan Phan
                                      SUSAN PHAN
                                      Assistant U.S. Attorney


DATED: July 10, 2009               By /s/Marc Days
                                      MARC DAYS
                                      Assistant Federal Defender
                                      Counsel for Defendant
```

[PROPOSED] ORDER

The status conference, currently scheduled for July 17, 2009, at 9:00 a.m., be continued to July 31, 2009, at 9:00 a.m.  Good cause exists pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii),(iv), and time is excluded under the Speedy Trial Act through July 31, 2009.

IT IS SO ORDERED.

**Dated:   July 13, 2009**                   /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2