LAWRENCE G. BROWN
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
SEP 3 0 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00119 LJO |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER FOR DISMISSAL OF INDICTMENT WITHOUT PREJUDICE |
| ALFONSO ANORVE-VERDUZCO ) aka Alfonso Anorve, ) | |
| Defendant. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant ALFONSO ANORVE-VERDUZCO without prejudice and in the interest of justice.

DATED: 9-30-09

_____
HONORABLE LAWRENCE J. O'NEILL
United States District Judge